CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    FAX: (415) 436-6748
    kenneth.brakebill@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SHEETS et al., | CASE NO. 3:26-CV-00033-TSH |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, the parties stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 2, 2026 (ECF No. 1);

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:26-CV-00033-TSH

WHEREAS, on January 5, 2026, the Court set the initial case management schedule for this case, including an initial case management conference on April 2, 2026 with a joint case management statement to be due on March 26, 2026 (ECF No. 4);

WHEREAS, Plaintiffs' Complaint was subsequently served on the United States Attorney's Office on February 17, 2026, and therefore Defendant's responsive pleading deadline is due on April 18, 2026;

WHEREAS, on March 27, 2026, undersigned counsel for Defendant and Plaintiffs' counsel spoke by telephone, and for efficiency reasons agreed to an extension of the initial case management schedule since Defendant has not yet filed its responsive pleading and another Assistant U.S. Attorney will be handling this matter starting in April;

WHEREAS, the parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 6, 10); and

WHEREAS there have been no previous requests for time modification in this case;

Subject to approval of the Court, IT IS HEREBY STIPULATED, by the parties to this action, that:

1. The current case management schedule shall be extended six weeks, such that the initial case management conference scheduled on April 2, 2026 shall be vacated and continued, along with all associated deadlines, to May 14, 2026; and the case management statement shall be due May 7, 2026.

2. Defendant's responsive pleading deadline will remain April 18, 2026.

DATED: March 27, 2026                    Respectfully submitted,

/s/   Joel Fleck                         CRAIG H. MISSAKIAN
JOEL E. FLECK                            United States Attorney
Law Office of Joel E. Fleck

Attorneys for Plaintiffs                 /s/ Kenneth Brakebill[1]
                                         KENNETH BRAKEBILL
                                         Assistant United States Attorney

                                         Attorneys for Defendant

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:26-CV-00033-TSH

## DECLARATION OF KENNETH BRAKEBILL

I, Kenneth Brakebill, declare as follows:

1.    I am an Assistant United States Attorney and the attorney of record for Defendant in this action.  I submit this declaration in support of the parties' Joint Stipulation to Continue the Case Management Conference filed concurrently herewith.  The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2.    Plaintiffs filed their Complaint on January 2, 2026 (ECF No. 1).

3.    On January 5, 2026, the Court set the initial case management schedule for this case, including an initial case management conference on April 2, 2026 with a joint case management statement to be due on March 26, 2026 (ECF No. 4).

4.    Plaintiffs' Complaint was subsequently served on the United States Attorney's Office on February 17, 2026, and therefore Defendant's responsive pleading deadline is due on April 18, 2026

5.    On March 27, 2026, I spoke with Plaintiffs' counsel spoke by telephone, and for efficiency reasons the parties agreed to an extension of the initial case management schedule since Defendant has not yet filed its responsive pleading and another Assistant U.S. Attorney will be handling this matter starting in April.

6.    The parties have timely filed their respective consents to magistrate jurisdiction (ECF Nos. 6, 10).

7.    There have been no previous requests for time modification in this case.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate to the best of my information, knowledge, and belief.  Executed this 27th day of March, 2026, in San Francisco, California.

/s/ *Kenneth W. Brakebill*
KENNETH W. BRAKEBILL
Assistant United States Attorney

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:26-CV-00033-TSH

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

1.      The current case management schedule shall be extended six weeks, such that the initial case management conference scheduled on April 2, 2026 shall be vacated and continued, along with all associated deadlines, to May 14, 2026.  The case management statement will be due one week prior on May 7, 2026.

2.      Defendant's responsive pleading deadline will remain April 18, 2026.

DATED: March 27, 2026

_____
THE HON. THOMAS S. HIXSON
United States Magistrate Judge

STIP. TO CONTINUE CMC; DECL.; [PROPOSED] ORDER
CASE NO. 3:26-CV-00033-TSH